# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0819. JUAN CASTRO v. THE STATE.**

Juan Castro pled guilty to trafficking in cocaine in February 2012. He subsequently filed a motion to reduce sentence, which was denied in April 2013. On August 15, 2013, Castro filed a Petition for Writ of Error Coram Nobis to Vacate a Void Judgment," asserting that the criminal matter was instituted by use of civil practice and alleging procedural errors at arraignment. The trial court denied Castro's motion, and Castro has filed a direct appeal from that order. We lack jurisdiction.

The trial court's order dismissing Castro's petition for writ of error coram nobis is not subject to direct appeal. This type of writ "is the ancestor of the current extraordinary motion for new trial." *Crews v. State*, 175 Ga. App. 300 (333 SE2d 176) (1985).  In substance, therefore, the petition is an extraordinary motion for new trial. And under OCGA § 5-6-35 (a) (7), appeals from the denial or dismissal of an extraordinary motion for new trial must comply with the discretionary appeal procedure. Castro's failure to comply with the necessary procedure deprives us of jurisdiction over his appeal, which is hereby DISMISSED.  See *Crews*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/23/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*